IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: CYNTHIA L GESICK
      4970 BENTLER DR
      COLUMBUS, OH  43232

CASE NO: 11-58499

CHAPTER 13

JUDGE: CHARLES M. CALDWELL

NOTICE OF INTENTION
TO PAY CLAIMS

    NOTICE is hereby given of the intention of the Chapter 13 Trustee, Jeffrey P. Norman, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below .

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00006 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA  24022-2021 | 130.45 | 2.00 % | 0.00 % | UNSECURED |
| 00016 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA  24022-2021 | 112.00 | 100.00 % | 0.00 % | ADMINISTRATIVE PRIORITY |
| 00022 | CAPIO PARTNERS LLC<br>QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 25.00 | 2.00 % | 0.00 % | UNSECURED |
| 00021 | CAPIO PARTNERS LLC<br>QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 165.49 | 2.00 % | 0.00 % | UNSECURED |
| 00020 | CAPIO PARTNERS LLC<br>QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 83.25 | 2.00 % | 0.00 % | UNSECURED |
| 00019 | CAPIO PARTNERS LLC<br>QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 35.05 | 2.00 % | 0.00 % | UNSECURED |

CASE NO. 11-58499    CYNTHIA L GESICK

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00008 | COLUMBIA GAS OF OHIO<br>200 CIVIC CTR DR 11TH FL<br>COLUMBUS, OH  43215 | 320.12 | 2.00 % | 0.00 % | UNSECURED |
| 00014 | EAST BAY FUNDING LLC<br>c/o RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC  29603 | 206.32 | 2.00 % | 0.00 % | UNSECURED |
| 00007 | EAST BAY FUNDING LLC<br>c/o RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC  29603 | 845.51 | 2.00 % | 0.00 % | UNSECURED |
| 00017 | eCAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK, NJ  07193-5480 | 877.40 | 2.00 % | 0.00 % | UNSECURED |
| 00009 | eCAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK, NJ  07193-5480 | 2,604.68 | 2.00 % | 0.00 % | UNSECURED |
| 00005 | FRANKLIN COUNTY TREASURER<br>373 S HIGH ST 17TH FL<br>COLUMBUS, OH  43215 | 1,542.81 | 100.00 % | 0.00 % | SECURED |
| 00001 | HOMEWARD RESIDENTIAL INC<br>1525 S BELTLINE RD STE 100 N<br>COPPELL, TX  75019 | 557.00<br>CONTINUING | 100.00 % | 0.00 % | MORTGAGE |
| 00002 | HOMEWARD RESIDENTIAL INC<br>1525 S BELTLINE RD STE 100 N<br>COPPELL, TX  75019 | 10,849.52 | 100.00 % | 0.00 % | PRE-PET MTG ARREARS |
| 00003 | HSBC CONSUMER LENDING MTG SERV<br>636 GRAND REGENCY BLVD<br>BRANDON, FL  33509 | 8,012.47 | 2.00 % | 0.00 % | UNSECURED |
| 00018 | JS & ASSOCIATES APPRAISAL SVCS<br>PO BOX 29637<br>COLUMBUS, OH  43229 | 175.00 | 100.00 % | 0.00 % | APPRAISER |

CASE NO. 11-58499    CYNTHIA L GESICK

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00011 | Key Bank<br>P.O. Box 94722<br>Cleveland, OH  44101-4722 | Not filed | 2.00 % | 0.00 % | UNSECURED |
| 00012 | Mt. Carmel Health<br>P.O. Box 89458<br>Cleveland, OH  44101-6458 | Not filed | 2.00 % | 0.00 % | UNSECURED |
| 10004 | NATIONAL CAPITAL MANAGEMENT<br>8245 TOURNAMENT DR #230<br>MEMPHIS, TN  38125 | 1,885.49 | 2.00 % | 0.00 % | UNSECURED |
| 00004 | NATIONAL CAPITAL MANAGEMENT<br>8245 TOURNAMENT DR #230<br>MEMPHIS, TN  38125 | 3,750.00 | 100.00 % | 5.00 % | SECURED-506 |
| 00023 | OHIO AMERICAN WATER CO<br>PO BOX 578<br>ALTON, IL  62002 | 251.80 | 2.00 % | 0.00 % | UNSECURED |
| 00024 | PORTFOLIO RECOVERY ASSOC<br>PO Box 12914<br>NORFOLK, VA  23541 | 1,426.88 | 2.00 % | 0.00 % | UNSECURED |
| 00013 | PORTFOLIO RECOVERY ASSOC<br>PO Box 12914<br>NORFOLK, VA  23541 | 1,043.09 | 2.00 % | 0.00 % | UNSECURED |
| 00010 | PORTFOLIO RECOVERY ASSOC<br>PO Box 12914<br>NORFOLK, VA  23541 | 300.10 | 2.00 % | 0.00 % | UNSECURED |
| 00025 | TAD A SEMONS ESQ<br>85 E GAY ST #508<br>COLUMBUS, OH  43215 | 500.00 | 100.00 % | 0.00 % | ADDITIONAL ATTORNEY FEES |
| 00015 | U.S. Department of Education<br>Direct Loan Servicing Center<br>P.O. Box 4609<br>Utica, NY  13504-4609 | Paid outside | 2.00 % | 0.00 % | UNSECURED |

CASE NO. 11-58499    CYNTHIA L GESICK

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| | TOTAL | 35,142.43 | | | |
| 00000 | TAD A SEMONS ESQ<br>85 E GAY ST #508<br>COLUMBUS, OH  43215 | 3,500.00 | 100.00 % | 0.00 % | ATTORNEY FEE |

Dated: August 03, 2012

/s/Jeffrey P. Norman

Jeffrey P. Norman
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550