Form a0asgncl

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

In Re:  Cynthia L. Gesick                              Case No.: 2:11−bk−58499

       Debtor(s)                              Chapter:  13

SSN/TAX ID:
   xxx−xx−6678                                 Judge:  Charles M Caldwell

---

### NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by Kondaur Capital Corporation for the transfer of a claim originally filed by American Home Mortgage Servicing, Inc..

The transfer/assignment designates Kondaur Capital Corporation as the transferor and Philip and Colette Brown Trust as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is December 4, 2012. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: November 13, 2012

                                          FOR THE COURT:
                                          Kenneth Jordan
                                          Clerk, U.S. Bankruptcy Court