**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
| **Cynthia L. Gesick** | : | |
| | : | **CASE NO. 11-58499** |
| | : | |
| | : | **JUDGE CALDWELL** |
| **DEBTOR(S)** | | |

**MOTION TO MODIFY CHAPTER 13 PLAN**

The Debtor hereby requests an Order from this Court modifying her chapter 13 plan to provide for the increase in the plan payment to $952.00 for the remainder of the plan beginning July 1, 2013. There is no request for a change in the dividend to be paid to unsecured creditors.

**MEMORANDUM**

The plan is currently projecting to 73 months. The change in payment will result in a plan length of approximately 60 months. Amended schedules I and J have been filed with the Court (Document Numbers 87 and 88 filed June 10, 2013).

This case was confirmed by Order dated October 25, 2011 (Document Number 32). The dividend to unsecured creditors is currently 2%. The plan has been previously modified by Order dated December 19, 2011 in order to increase the plan payment to $1,100.00 (Document Number 48) and by Order dated May 29, 2012 to reduce the plan payment to $900.00 and the dividend to unsecured creditors to 2% (Document Number 72).

All appropriate parties in interest are being served with the motion.

*/s/Tad A. Semons*

TAD A. SEMONS, ESQ. (0069743)

SEMONS & SEMONS
ATTORNEYS FOR DEBTOR(S)
85 E. Gay St., #508
COLUMBUS, OH 43215
(614) 228-1930
tsemons@sbcglobal.net