**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: July 11, 2013**

_____

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| Cynthia L. Gesick | : | |
| | : | CASE NO. 11-58499 |
| | : | |
| | : | JUDGE CALDWELL |
| Debtor(s) | : | |

### ORDER ON MOTION TO MODIFY CHAPTER 13 PLAN (DOCUMENT NUMBER 89)

The Debtor in this case filed a Motion to Modify Chapter 13 Plan on June 10, 2013 (Document Number 89).

The Motion contained the notice required by LBR 9013-1(a) and was properly served.

No response to the Motion has been filed with the Clerk or received by the undersigned.

The Debtor's plan is hereby modified to increase the plan payment to $952.00 per month for the remainder of the plan.

**IT IS SO ORDERED.**

Copies to:

Default List

# # #