**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: July 17, 2013**

_____

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:  **Cynthia L. Gesick**                :          Chapter 13
                                              :
                                              :          Case No. 11-58499
              Debtor(s)                       :

                                                          **Judge Caldwell**

### AMENDED ORDER TO EMPLOYER TO WITHHOLD AND TRANSMIT DEDUCTIONS FROM DEBTOR'S PAY

    Debtor having proposed a plan for the adjustment of debt under Chapter 13 of the Bankruptcy Reform Act of 1978 (Title 11, United States Code), this Court now comes to establish an appropriate amount of money to be withheld from debtor's pay in order to facilitate compliance with debtor's plan.  The employer is not authorized to deduct any administrative expenses or service fees for this deduction.  Based upon the foregoing, the debtor's plan, and pursuant to 11U.S.C.§1325(b), it is

    **ORDERED that the employer of the debtor deduct the amount indicated below from debtor's pay and send that sum along with debtor's name, case number and social security number to:**

                              Jeffrey P. Norman
                              Chapter 13 Trustee
                              P.O. Box 1718
                              Memphis, TN 38101-1718

It is further ORDERED that the Chapter 13 Trustee apply the funds to debtor's payment schedule.  It is further ORDERED that pursuant to 11 U.S.C.§1325, deductions shall remain in effect without further order of this Court, but that deductions may terminate only upon appropriate notice to debtor's employer.

|  |  |
|---|---|
| Employer: | City of Columbus |
| Debtor: | Cynthia L. Gesick |
| Deduction: | $439.38 each bi-weekly pay period |

IT IS SO ORDERED.

Copies to:

Default List
City of Columbus, Attn:  Payroll, 90 W. Broad St., Rm 111, Columbus, OH 43215

# # #