# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>CYNTHIA L GESICK<br><br>Debtor(s) | Case No. 11-58499<br><br>Chapter 13 |

## NOTICE OF DESIGNATION OF CHAPTER 13 STANDING TRUSTEE
## AND TRANSFER OF CASE TO SUCCESSOR TRUSTEE

In accordance with 28 U.S.C. §586(b) and 11 U.S.C. §1302, Daniel M. McDermott, United States Trustee, respectfully gives notice that effective August 9, 2014, Faye D. English is designated as a Chapter 13 Standing Trustee for the Southern District of Ohio. Faye D. English or the current Chapter 13 Standing Trustee, Frank M. Pees, will each be assigned Chapter 13 cases subsequently filed in the Eastern Division of the Southern District of Ohio.

**PLEASE NOTE:**

- The above captioned case has been transferred to Faye D. English as Successor Chapter 13 Trustee. Pursuant to Federal Rule of Bankruptcy Procedure 2012, Jeffrey P. Norman and Faye D. English will submit an accounting of the prior administration of the estate. This accounting will be available for review by interested parties through the Court's PACER system.

- The post office box for remitting all **Chapter 13 payments** on the above captioned case has been changed to: Faye D. English, Chapter 13 Standing Trustee, P.O. Box 1718, Memphis, TN 38101-1718. All checks should be made payable to "Chapter 13 Trustee."

- All other matters regarding the above captioned case should be addressed by mail to Faye D. English, Chapter 13 Standing Trustee, One Columbus, 10 West Broad St., Suite 900, Columbus, OH 43215-3349, by phone 614-420-2555, by fax 614-420-2550, or as listed on the web site www.ch13columbus.com.

Respectfully submitted,
/s/ Daniel M. McDermott
United States Trustee
Region 9 (Ohio/Michigan)
201 Superior Ave. E., Suite 441
Cleveland, Ohio 44114
(216) 522-7800
Daniel.M.McDermott@usdoj.gov

/s/ Jeffrey P. Norman
Chapter 13 Standing Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, Ohio 43215-3449
(614) 420-2555
jeff.norman@ch13columbus.com

/s/ Faye D. English
Chapter 13 Standing Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, Ohio 43215-3449
(614) 420-2555
faye.english@ch13columbus.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: <br> CYNTHIA L GESICK <br><br> Debtor(s) | Case No. 11-58499 <br><br> Chapter 13 <br><br> Judge CHARLES M. CALDWELL |

### CERTIFICATE OF SERVICE

I hereby certify that on <u>August 09, 2014</u>, a copy of the foregoing Notice of Designation of Chapter 13 Standing Trustee and Transfer of Case to Successor Trustee was served on the following registered ECF particiapnts, **electronically** through the court's ECF system at the email address registered with the court:

US Trustee
Faye D. English
TAD A SEMONS ESQ

and on the following by **ordinary U.S. Mail** addressed to:

CYNTHIA L GESICK
4970 BENTLER DR
COLUMBUS, OH,   43232


/s/ Faye D. English
Faye D. English
Chapter 13 Trustee